MILBOURN *v.* BODELL.

DEEDS—SETTING ASIDE—EVIDENCE.

> A decree dismissing a bill to set aside a deed on the ground of fraud and undue influence was affirmed, under the evidence.

Appeal from Eaton; Smith, J. Submitted January 15, 1904. (Docket No. 51.) Decided March 8, 1904.

Bill by Abigail Milbourn against Alice Bodell and others to set aside a deed. From a decree dismissing the bill, complainant appeals. Affirmed.

*George Huggett*, for complainant.

*J. M. C. Smith*, for defendants.

HOOKER, J. Complainant, an aged woman, filed the bill in this cause to set aside a conveyance made by her to her son-in-law in March, 1887, upon the ground of undue influence and fraud. She has appealed from a decree dismissing her bill.

The case requires the discussion of no questions of law, and so closely resembles the ordinary case of its class as to make a review of the evidence unprofitable. A review has satisfied us of the justice of the conclusions reached by the circuit judge.

The decree is affirmed, with costs.

The other Justices concurred.